Crotty/J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7205 (PAC)<br><br>STIPULATION AND [PROPOSED] PAC ORDER EXTENDING DEFENDANTS' TIME TO RESPOND PENDING DECISION ON MOTION TO TRANSFER VENUE |
| Hendo Weemink, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7404 (PAC) |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. | ECF CASE<br><br>Civ. No. 07-CIV-7417 (PAC) |

| | |
|---|---|
| Harman, Mark. A Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>      Defendants. | |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,<br><br>      Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7394 (PAC) |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W. Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,<br><br>      Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7432 (PAC) |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark. A Jung, Peter J. | ECF CASE<br><br>Civ. No. 07-CIV-7475 (PAC) |

|  |  |
|---|---|
| Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, the above-captioned six related class action complaints (the "Actions") have been filed in this Court against defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela (collectively the "Limelight Defendants"), and Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey & Co., Inc., (all collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, Defendants have agreed through their counsel to accept service pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, the Limelight Defendants have advised plaintiffs' counsel that they intend to file a motion to transfer these actions to the United States District Court for the District of Arizona under 28 U.S.C. § 1404(a) ("Motion to Transfer");

WHEREAS, the Limelight Defendants proposed, and plaintiffs in all Actions agree, that it would conserve party and judicial resources if the time for all Defendants to respond, either by answer or by motion, to the Actions was extended until after the Court rules on the Motion to Transfer;

NOW THEREFORE, it is hereby stipulated and agreed by the parties to these Actions, by and through their undersigned counsel and subject to the approval of the Court, as follows:

1.  Defendants need not respond to the current complaints in each of the Actions until after the Court's decision on the Motion to Transfer.

2.  Following the Court's decision of the Motion to Transfer, or such other time as the parties may agree or as the Court may direct, the parties will meet and confer regarding a schedule for Defendants' response to any of the complaints in the Actions (or a subsequently filed consolidated complaint), whether by motion or by answer.

Dated: September 20, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Gideon A. Schor

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorney for Defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gieberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart, and Gary Valenzuela

Dated: September 20, 2007          SHEARMAN & STERLING LLP

                                   By: *Alan Goudiss /s/*
                                       Alan S. Goudiss

                                   599 Lexington Avenue
                                   New York, New York 10022

                                   Telephone: (212) 848-4000
                                   Facsimile: (212) 848-7179

                                   Attorneys for Defendants Goldman, Sachs &
                                   Co., Morgan Stanley & Co. Incorporated,
                                   Jefferies & Company, Inc., Piper Jaffray & Co.,
                                   and Friedman, Billings, Ramsey & Co., Inc.,


Dated: September 19, 2007          PASKOWITZ & ASSOCIATES

                                   By: *Laurence Paskowitz /s/*
                                       Laurence D. Paskowitz, Esq.

                                   60 East 42nd Street—46th Floor
                                   New York, New York 10165

                                   Telephone: (212) 685-0969
                                   Facsimile: (212) 685-2306

                                   lpaskowitz@pasklaw.com

                                   ROY JACOBS & ASSOCIATES
                                   Roy L. Jacobs, Esq.
                                   60 East 42nd Street
                                   46th Floor
                                   New York, New York 10165

                                   Telephone: (212) 867-1156
                                   Facsimile: (212) 504-8343

                                   RLjacobs@pipeline.com

                                   Attorneys for Plaintiff Faisal Mustafa

Dated: September 17, 2007

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By: *Gregory Nespole /st.*
Gregory M. Nespole
Laurence J. Hasson

270 Madison Avenue
White Plains, New York 10016

Telephone: (212) 545-4600
Facsimile: (212) 545-4653

LAW OFFICES OF BRIAN M. FELGOISE, P.C.
Brian M. Felgoise, Esq.
The Pavilion
261 Old York Road – Suite 423
Jenkintown, PA 19046

Telephone: (215) 886-1900
Facsimile: (215) 886-1909

Attorneys for Plaintiff Hendo Weemink

Dated: September 19, 2007

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ David Rosenfeld
Samuel H. Rudman
David A. Rosenfeld

58 South Service Road, Suite 200
Melville, NY 11747

Telephone: (631) 367-7100
Facsimile: (631) 367-1173

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
655 West Broadway, Suite 1900
San Diego, CA 92101

Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiff Scott Kairalla

Dated: September __, 2007

KLAFTER & OLSEN LLP

By: _____
Jeffrey A. Klafter

1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605

Telephone: (914) 997-5656
Facsimile: (914) 997-2444

KLAFTER & OLSEN LLP
Kurt B. Olsen
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036

Telephone: (202) 261-3553
Facsimile: (202) 261-3533

Attorneys for Plaintiff Tim Radecki

- 5 -

Fax Server

Dated: September __, 2007        COUGHLIN STOIA GELLER RUDMAN &
                                  ROBBINS LLP


                                  By: _____
                                       Samuel H. Rudman
                                       David A. Rosenfeld

                                  58 South Service Road, Suite 200
                                  Melville, NY 11747

                                  Telephone: (631) 367-7100
                                  Facsimile: (631) 367-1173

                                  COUGHLIN STOIA GELLER RUDMAN &
                                  ROBBINS LLP
                                  Darren J. Robbins
                                  David C. Walton
                                  Catherine J. Kowalewski
                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101

                                  Telephone: (619) 231-1058
                                  Facsimile: (619) 231-7423

                                  Attorneys for Plaintiff Scott Kairalla


Dated: September 19, 2007         KLAFTER & OLSEN LLP


                                  By: /s/ Jeffrey A. Klafter
                                       Jeffrey A. Klafter

                                  1311 Mamaroneck Avenue, Suite 220
                                  White Plains, New York 10605

                                  Telephone: (914) 997-5656
                                  Facsimile: (914) 997-2444

                                  KLAFTER & OLSEN LLP
                                  Kurt B. Olsen
                                  1250 Connecticut Ave., N.W., Suite 200
                                  Washington, DC 20036

                                  Telephone: (202) 261-3553
                                  Facsimile: (202) 261-3533

                                  Attorneys for Plaintiff Tim Radecki

Dated: September 1?, 2007         THE ROSEN LAW FIRM, P.A.

                                  By: _Lawrence Rosen /s/_
                                      Phillip Kim
                                      Lawrence Rosen

                                  350 Fifth Avenue, Suite 5508
                                  New York, New York 10118

                                  Telephone: (212) 686-1060
                                  Facsimile: (212) 202-3827

                                  Attorneys for Plaintiff Benjamin Paul

Dated: September 1?, 2007         BRODSKY & SMITH, LLC

                                  By: _Evan Smith /s/_
                                      Evan J. Smith

                                  240 Mineola Boulevard
                                  Mineola, NY 11501

                                  Telephone: (516) 741-4977
                                  Facsimile: (516) 741-0626

                                  SCHIFFRIN BARROWAY TOPAZ
                                  & KESSLER, LLP
                                  Richard A. Maniskas
                                  D. Seamus Kaskela
                                  280 King of Prussia Rd.
                                  Radnor, PA 19087

                                  Telephone: (610) 667-7706
                                  Facsimile: (610) 667-7056

                                  Attorneys for Plaintiff Alice Artis

                                                    SO ORDERED: 9/21/07
                                                    _____
                                                    HON. PAUL A. CROTTY
                                                    UNITED STATES DISTRICT JUDGE