**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone, )<br>)<br>Defendants. ) | **ECF CASE**<br><br>**Civ. No. 07-CV-7205 (PAC)**<br><br>**NOTICE OF MOTION BY LIMELIGHT DEFENDANTS TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co. Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela, )<br>)<br>Defendants. ) | **ECF CASE**<br><br>**Civ. No. 07-CIV-7404 (PAC)** |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Fredric W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co. ) | **ECF CASE**<br><br>**Civ. No. 07-CIV-7417 (PAC)** |

| | |
|---|---|
| Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,  ) ) ) | |
| Defendants.  ) ) | |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,  ) ) ) | **ECF CASE** |
| Plaintiff,  ) ) ) | **Civ. No. 07-CIV-7394 (PAC)** |
| vs.  ) ) | |
| Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated,  ) ) ) ) ) ) ) | |
| Defendants.  ) ) | |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,  ) ) ) | **ECF CASE** |
| Plaintiff,  ) ) ) | **Civ. No. 07-CIV-7432 (PAC)** |
| vs.  ) ) | |
| Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,  ) ) ) ) | |
| Defendants.  ) ) | |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated,  ) ) ) | **ECF CASE** |
| Plaintiff,  ) ) ) | **Civ. No. 07-CIV-7475 (PAC)** |
| vs.  ) ) | |
| Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan Raciborski, Michael W. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederc W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,  ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.  ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that pursuant to 28 U.S.C. § 1404, defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Fredric W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart, and Gary Valenzuela (collectively, the "Limelight Defendants") move to transfer venue of the above-captioned actions to the District of Arizona.

The Limelight Defendants base their motion upon this Notice of Motion, the accompanying Memorandum of Law, and the declaration of Matthew Hale, filed concurrently with this motion.

Dated: October 10, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Gideon A. Schor
    Gideon A. Schor (GS-5932)

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorney for Defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Fredric W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart, and Gary Valenzuela